UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STANLEY STALLINGS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0084 |
| | * | |
| B & C BOAT RENTALS AND | * | SECT. R   MAG. 1 |
| BLANCHARD OFFSHORE BOATS, | * | JUDGE: VANCE |
| INC. | * | MAG.: SHUSHAN |

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Stanley Stallings, who moves this Honorable Court to enter an order dismissing the above entitled and numbered matter without prejudice, at Plaintiff's costs.

Considering the above and foregoing,

**IT IS HEREBY ORDERED** that the above entitled and numbered matter be and is hereby dismissed, without prejudice.

**THUS DONE AND SIGNED** in Chambers, in New Orleans, Louisiana, on this 27th day of January, 2000.

DATE OF ENTRY  JAN 2 8 2000

_____
JUDGE,
UNITED STATES DISTRICT COURT